```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
----------------------------------------

JAH'REL M. TEREZ,

              Plaintiff,

   - against -

MANOLIS KAMBOURIS, ET AL.,

              Defendants.

22-cv-2834 (JGK)

ORDER

----------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by January 3, 2022.

SO ORDERED.
Dated:   New York, New York
         December 6, 2022

                                   John G. Koeltl
                         United States District Judge

Copy mailed to pro se party(ies) at docket address