```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

JAH'REL M. TEREZ,

                Plaintiff,

   - against -

MANOLIS KAMBOURIS, ET AL.,

                Defendants.

22-cv-2834 (JGK)

AMENDED ORDER

------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **January 3, 2023.**

SO ORDERED.

Dated:   New York, New York
          December 6, 2022

                                          */s/ John G. Koeltl*
                                          John G. Koeltl
                                   United States District Judge