```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------

JAH'REL M. TEREZ,

                Plaintiff,

   - against -

MANOLIS KAMBOURIS, ET AL.,

                Defendants.

22-cv-2834 (JGK)

ORDER

------------------------------------

**JOHN G. KOELTL, District Judge:**

    The Court is in receipt of the City's August 24, 2023 letter requesting a pre-motion conference in connection with the City's anticipated motion for summary judgment and advising the Court that the individual defendant in this case, Manolis Kambouris, has not yet been served. ECF No. 26.

    Pursuant to Valentin v. Dinkins, 121 F.3d 72 (2d Cir. 1997), the pro se plaintiff is entitled to the Court's assistance in identifying and locating a defendant. In this case, the Court's Order of Service (ECF No. 7) directed the United States Marshals Service ("USMS") to effect service on Kambouris, a police officer with the New York City Police Department ("NYPD"), at the NYPD's 46th Precinct. The USMS subsequently reported that Kambouris could not be served at that location because Kambouris is "on long term medical leave." ECF No. 12. By **September 11, 2023,** Corporation Counsel shall provide an address where Kambouris can be served while he is on medical leave, or alternatively, an explanation as

to why Kambouris cannot be located. The Court will revisit the City's request for a pre-motion conference after considering the September 11, 2023 submission.

**SO ORDERED.**

**Dated:    New York, New York
           August 28, 2023**

                                        /s/ John G. Koeltl
                                    **John G. Koeltl
                              United States District Judge**