```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------
JAH'REL M. TEREZ,

                Plaintiff,          22-cv-2834 (JGK)

    - against -                      ORDER OF SERVICE

MANOLIS KAMBOURIS, ET AL.,

                Defendants.
------------------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The summons and complaint (ECF No. 2) in this case must be served on Officer Manolis Kambouris. Because the plaintiff has been granted permission to proceed in forma pauperis, he is entitled to rely on the Court and the U.S. Marshals to effect service. See Walker v. Schult, 717 F.3d 119, 123 n.6 (2d Cir. 2013); see also 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3).

    To allow the plaintiff to effect service on Officer Kambouris through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for this defendant. The Clerk of Court is further directed to: (1) complete the USM-258 form with the address for Officer Kambouris and (2) issue a summons and deliver to the U.S. Marshals Service a copy of this Order of Service and all documents necessary to effect service of the summons and complaint on Officer Manolis Kambouris.

The service address for Officer Kambouris is as follows:

> Officer Manolis Kambouris
> 46th Precinct
> 2120 Ryer Avenue
> Bronx, New York 10457

**SO ORDERED.**

**Dated:** New York, New York
September 14, 2023

_____
John G. Koeltl
United States District Judge