```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------------

JAH'REL M. TEREZ,

                Plaintiff,        22-cv-2834 (JGK)

   - against -                ORDER

MANOLIS KAMBOURIS, ET AL.,

                Defendants.

--------------------------------------

**JOHN G. KOELTL, District Judge:**

    The Court is in receipt of the City's August 24, 2023 letter requesting a pre-motion conference in connection with the City's anticipated motion for summary judgment. See ECF 26. The parties are directed to appear for a telephone conference on **November 6, 2023**, at **4:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

Dated:   New York, New York
          October 10, 2023

                                     John G. Koeltl
                               United States District Judge