```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JAH'REL M. TEREZ,

                Plaintiff,

    - against -

MANOLIS KAMBOURIS, ET AL.,

                Defendants.

22-cv-2834 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The City of New York is not authorized to file a motion for summary judgment, see ECF No. 26, because that motion is premature. The defendant, Officer Manolis Kambouris, has not yet been served. The Court will send a copy of this order to the parties by email.

    The plaintiff may consider contacting the New York Legal Assistance Group's (NYLAG) Clinic for Pro Se Litigants in the Southern District of New York, which is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves in civil lawsuits in this Court. The clinic is run by a private organization; it is not part of, or run by, the Court. An informational flyer regarding NYLAG is attached to this Order.

SO ORDERED.

Dated:    New York, New York
            November 6, 2023

                                              /s/ John G. Koeltl
                                                John G. Koeltl
                                       United States District Judge



Since 1990, NYLAG has provided free civil legal services to New Yorkers who cannot afford private attorneys.

# Free Legal Assistance for Self-Represented Civil Litigants in Federal District Court for the Southern District Of New York

The NYLAG Legal Clinic for Pro Se Litigants in the Southern District of New York is a free legal clinic staffed by attorneys, law students and paralegals to assist those who are representing themselves or planning to represent themselves in civil lawsuits in the Southern District of New York. The clinic does not provide full representation. The clinic, which is not part of or run by the court, assists litigants with federal civil cases including cases involving civil rights, employment discrimination, labor law, social security benefits, foreclosure and tax.

## To Contact the Clinic:

Call (212) 659-6190 or complete our online intake form (found here: https://tinyurl.com/NYLAG-ProSe-OI). A staff member will contact you within a few business days.

Those looking for assistance can also contact the clinic at the kiosk located across the hall from the pro se clinic office in the courthouse.

**At this time, the clinic offers remote consultations only. Requests for in-person appointments will be reviewed on a case-to-case basis.**

## Location and Hours:

Thurgood Marshall United States Courthouse

>Room LL22
>40 Foley Square
>New York, NY 10007
>(212) 659 6190
>
>Open weekdays
>10 a.m. – 4 p.m.
>Closed on federal and court holidays

Disclaimer: The information contained herein is for informational purposes only and is not legal advice or a substitute for legal counsel, nor does it constitute advertising or a solicitation.

