UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

JAH'REL M. TEREZ,

                Plaintiff,          22-cv-2834 (JGK)

    - against -                ORDER

MANOLIS KAMBOURIS, ET AL.,

                Defendants.
―――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The time for Officer Kambouris to answer is extended to January 5, 2024.

SO ORDERED.

Dated:    New York, New York
           December 18, 2023

                                          John G. Koeltl
                                  United States District Judge