UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAH'REL M. TEREZ,

               Plaintiff,

      - against -

MANOLIS KAMBOURIS, ET AL.,

               Defendants.

22-cv-2834 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The time for Officer Kambouris to answer was extended to January 5, 2024. To date, no answer has been filed. The deadline for Officer Kambouris to answer is **January 26, 2024.**

SO ORDERED.

Dated:    New York, New York
           January 12, 2024

                                 John G. Koeltl
                     United States District Judge