```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JAH'REL M. TEREZ,

        Plaintiff,

  - against -

MANOLIS KAMBOURIS, ET AL.,

        Defendants.

22-cv-2834 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit an updated Rule 26(f) report by **February 12, 2024.**

SO ORDERED.

Dated:    New York, New York
           January 29, 2024

                                          John G. Koeltl
                                        United States District Judge