UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAH'REL M. TEREZ,

        Plaintiff,

- against -

MANOLIS KAMBOURIS, ET AL.,

        Defendants.

22-cv-2834 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

The plaintiff's application is granted. See ECF No. 53. The parties should file a revised scheduling by **April 26, 2024**. The Clerk is respectfully requested to mail a copy of this Order to the pro se plaintiff.

SO ORDERED.

Dated:    New York, New York
          April 15, 2024

                                  John G. Koeltl
                             United States District Judge