```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

JAH'REL M. TEREZ,

                Plaintiff,

     - against -

MANOLIS KAMBOURIS, ET AL.,

                Defendants.

------------------------------------------------------------

22-cv-2834 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The Clerk is respectfully directed to mail a copy of the September 18, 2024 Amended Civil Scheduling Order in this case to the plaintiff.

SO ORDERED.

Dated:   New York, New York
          September 18, 2024

                                      /s/ John G. Koeltl
                                        John G. Koeltl
                                United States District Judge