UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAH'REL M. TEREZ,

          Plaintiff,

- against -

MANOLIS KAMBOURIS, ET AL.,

          Defendants.

22-cv-2834 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The time for the completion of discovery is extended to **May 16, 2025**. No further extension will be provided.

The time to file any request for a pre-motion conference for a motion for summary judgment is **May 30, 2025**. Any dispositive motions must be filed by **June 13, 2025**. The Joint Pre-Trial Order and any motions in limine must be filed by **July 3, 2025**, or twenty-one (21) days after decision of any dispositive motion. Ready trial, 48 hours notice, twenty-one (21) days after filing the Joint Pre-Trial Order.

SO ORDERED.

Dated:   New York, New York
       April 15, 2025

                                        John G. Koeltl
                                  United States District Judge