UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAH'REL M. TEREZ.,

                                              Plaintiff,                      **ORDER**

                -against-                                  22-CV-2834 (JGK) (KHP)

KAMBOURIS, et al.,

                                            Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Court received a phone call from Mr. David White regarding his contemplated representation of Plaintiff in this action pursuant to the Court's order at ECF No. 78. Based on that discussion, it appears Mr. White and Mr. Terez have not yet finalized their representation agreement. As such, Mr. White requested an extension of time to submit the *ex parte* settlement statement currently due May 5, 2025. The deadline to submit that statement is hereby extended *sine die*. By **May 8, 2025**, Mr. White shall update the Court on the progress of his representation agreement with Mr. Terez. The Court strongly prefers that filing be made to the docket. However, if Mr. White cannot make the filing to the docket, he may submit it to my chambers email address (Parker_NYSDChambers@nysd.uscourts.gov), copying counsel to the Defendants.

      **SO ORDERED.**

Dated: May 5, 2025
       New York, New York

                                                          _____
                                                         KATHARINE H. PARKER
                                                         United States Magistrate Judg